UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FARLAND L. GILLIEHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CV-1022 RLW |
| ST. CHARLES COUNTY COURT, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. [ECF No. 23]. Also before the Court is plaintiff's pro se "Motion to Proceed Notice of Appeal." [ECF No. 24].

When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. *See* ECF Nos. 16 & 17; 28 U.S.C. § 1915(a)(3). It is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion to proceed in forma pauperis on appeal. *See* ECF No. 23.

The Court will deny plaintiff's pro se "Motion to Proceed Notice of Appeal" as moot. No briefing is required in this Court relative to a notice of appeal. Plaintiff previously filed his Notice of Appeal on February 5, 2024. *See* ECF No. 22.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 23] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's "Motion to Proceed Notice of Appeal" [ECF No. 24] is **DENIED as moot**.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 7th day of February, 2024.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**